IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANTONIO M. PERRY

 Plaintiff,

V.

SHELBY COUNTY DIVISION
OF CORRECTIONS

 Defendant.

CASE NO. 04-2856-MaV

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT

Before the court is the July 20th, 2005 motion of the plaintiff, Antonio M. Perry, to compel the defendant, Shelby County Division of Corrections, to provide its initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1). The motion was referred to the United States Magistrate Judge for determination.

The defendant indicates in its response to the motion filed with the court on July 22, 2005 its initial disclosures were submitted to the plaintiff on July 21, 2005. Accordingly, the plaintiff's motion to compel is moot and denied as such.

IT IS SO ORDERED this 26th of July, 2005

        _____
        DIANE K VESCOVO
        UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02856 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Antonio M. Perry
3277 Landmark Cove
Bartlett, TN 38134

Honorable Samuel Mays
US DISTRICT COURT