IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANTONIO M. PERRY,

    Plaintiff,

v.

    Case No. 2:04-CV-2856-MA/V

SHELBY COUNTY DIVISION OF
CORRECTIONS,

    Defendant.

## ORDER GRANTING MOTION OF DEFENDANT TO EXTEND DEADLINE FOR THE FILING OF DISPOSITIVE MOTIONS BY FORTY-TWO (42) DAYS

COMES NOW, defendant, Shelby County Division of Corrections [sic], requesting that the parties be given a forty-two (42) day extension in which they may file their dispositive motions in this matter, thereby allowing the parties to file on or before Thursday, January 26, 2006. This Motion is well-taken, and the deadline for filing dispositive motions shall be so extended.

IT IS SO ORDERED.

    _____
    U.S. District Court Judge
    Date: December 19, 2005

G:\DATA\DB\SHELBY\Perry, Antonio\Order Granting Motion to Extend Dis. Mot. Deadline.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02856 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Antonio M. Perry
3277 Landmark Cove
Bartlett, TN 38134

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT